Fill in this information to identify the case:

Debtor name: **Edison Price Lighting Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION**
Case number (if known): **7:20-bk-22614**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACUITY BRANDS LIGHTING** PO BOX 100863 Atlanta, GA 30384 | | **Vendor** | | | | **$22,290.00** |
| **American Express credit cards** PO Box 53800 Phoenix, AZ 85072-3800 | | | | | | **$180,730.00** |
| **American Express Merchant Financing** 200 Vesey St New York, NY 10285-1000 | **(800) 319-1566** | | | | | **$310,299.68** |
| **ARCHITECTURAL LIGHTING ALLIANCE** 101 Turtle Creek Blvd Dallas, TX 75207-6807 | | **Commisions** | | | | **$54,695.00** |
| **ARROW ELECTRONICS, INC** PO BOX 350090 Boston, MA 02241 | | **Vendor** | | | | **$24,267.00** |
| **COMPONENT DISTRIBUTORS** PO BOX 13017 Denver, CO 80201 | | **Vendor** | | | | **$21,914.00** |
| **Elite Lighting** 1530 Church Rd Montebello, CA 90640-6502 | **Hamid** h@iuseelite.com (323) 888-1973 | **Downpayment not returned** | **Unliquidated Disputed** | | | **$300,000.00** |
| **ETC, INC** PO BOX 628308 Middleton, WI 53562 | | **Vendor** | **Disputed** | | | **$28,713.00** |

| Debtor | Edison Price Lighting Inc. | | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Everest Funding**<br>**8200 NW 52nd Ter**<br>**Fl 2**<br>**Doral, FL**<br>**33166-7852** | | | **Disputed** | | | **$180,730.00** |
| **FEDERAL EXPRESS**<br>**PO BOX 371461**<br>**Pittsburgh, PA**<br>**15250** | | **Vendor** | | | | **$24,544.92** |
| **FEDERAL EXPRESS**<br>**PO BOX 371461**<br>**Pittsburgh, PA**<br>**15250** | | **Vendor** | | | | **$24,544.00** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **Tax** | | | | **$1,406,398.97** |
| **Knight Funding**<br>**110 SE 6th St**<br>**Fort Lauderdale, FL**<br>**33301-5000** | | | **Disputed** | | | **$194,232.90** |
| **LIGHTING ENVIRONMENTS**<br>**553 Rest Ave**<br>**Catonsville, MD**<br>**21228-4740** | | **Commisions** | | | | **$38,050.00** |
| **NMB TECHNOLOGIES CORP**<br>**39830 Grand River Ave**<br>**Novi, MI 48375-2140** | | **Vendor** | | | | **$21,850.00** |
| **NYS Dept of Labor**<br>**215 W 125th St Fl 6**<br>**New York, NY**<br>**10027-4471** | **Unemployment Office** | | **Disputed** | | | **$56,250.00** |
| **NYS Dept of Tax and Finance**<br>**Bankruptcy Section**<br>**Albany, NY 12205** | | **Tax** | **Disputed** | | | **$64,000.00** |
| **Reliant Funding**<br>**9540 Towne Centre Dr Ste 200**<br>**San Diego, CA**<br>**92121-1996** | | | **Disputed** | | | **$198,647.70** |
| **SPECIFIED LIGHTING SALES**<br>**4700 140th Ave N Ste 101**<br>**Clearwater Beach, FL 33762-3847** | | **Commisions** | | | | **$36,406.00** |

| Debtor | Edison Price Lighting Inc. | | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Development Venture, LLC**<br>**1125-15 Northern Blvd # 2**<br>**Corona, NY 11368** | | **Rent owed** | **Disputed** | | | **$1,044,287.00** |