| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Edison Price Lighting Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | **7:20-bk-22614** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank** | **checking account** | **0089** | **$303,481.75** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$303,481.75**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Security Deposit with Landlord** | **$46,000.00** |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.

**$46,000.00**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Edison Price Lighting Inc.** | Case number *(If known)* **7:20-bk-22614** |
|---|---|---|
| | Name | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          **234,903.00**   -          **0.00**   = ....          **$234,903.00**

face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:          **162,312.00**   -          **0.00**   =....          **$162,312.00**

face amount                    doubtful or uncollectible accounts

12.      **Total of Part 3.**                                    **$397,215.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Raw Materials (Approximately $1,900,000) and Finished Goods (approximately $400,000** | | **$2,333,274.00** | **Debtor's estimat** | **$2,333,274.00** |
| 22.  **Other inventory or supplies** | | | | |

23.      **Total of Part 5.**                                    **$2,333,274.00**

Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **Edison Price Lighting Inc.** | | Case number *(If known)* **7:20-bk-22614** |
|---|---|---|---|
| | Name | | |

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer Equipment** | $100,000.00 | Debtor's Estimat | $100,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books,
   pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections;
   other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                              | **$100,000.00** |
   Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2013 Ford E150 Van FFV** | **$12,609.00** | **KBB** | **$12,609.00** |

| Debtor | **Edison Price Lighting Inc.** | Case number *(If known)* | **7:20-bk-22614** |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Machinery and Equipment**                    $1,923,913.00                    $1,923,913.00

51. **Total of Part 8.**                                                        | $1,936,522.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **Edison Price Lighting Inc.** | | Case number *(If known)* | **7:20-bk-22614** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $303,481.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $46,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $397,215.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,333,274.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,936,522.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,116,492.75 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,116,492.75 |

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Edison Price Lighting Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) **7:20-bk-22614**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Citibank, N.A.** <br> Creditor's Name | Describe debtor's property that is subject to a lien | $3,667,154.00 | $0.00 |
| **6400 Las Colinas Blvd** <br> **Irving, TX 75039-2900** <br> Creditor's mailing address | Describe the lien <br> **Secured Loan** <br> Is the creditor an insider or related party? | | |
| **sawmiyeh.elahi@citi.com** <br> Creditor's email address, if known | ■ No <br> ☐ Yes <br> Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No <br> ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$3,667,154.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Citibank, Sd, NA** <br> **388 Greenwich St Fl 26** <br> **New York, NY 10013-2375** | Line **2.1** | |
| **Thompson @ Knight LLP** <br> **900 3rd Ave Fl 20** <br> **New York, NY 10022-4883** | Line **2.1** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Edison Price Lighting Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | **7:20-bk-22614** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**2M LIGHTING**<br><br>**4602 Perrin Crk Ste 1280**<br>**San Antonio, TX 78217-3734**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$11,054.07** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ABCO DIECASTERS**<br><br>**39 Tompkins Point Rd**<br>**Newark, NJ 07114-2814**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,231.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**ACUITY BRANDS LIGHTING**<br><br>**PO BOX 100863**<br>**Atlanta, GA 30384**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,290.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**AIRGAS USA**<br><br>**PO BOX 734445**<br>**Chicago, IL 60601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$586.00** |

| Debtor | Edison Price Lighting Inc. | | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.00 |
|---|---|---|---|
| | **ALLENDALE MACHINERY** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **16 Park Way** | ☐ Disputed | |
| | **Upper Saddle River, NJ 07458-2311** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,649.00 |
|---|---|---|---|
| | **AMERICAN ALUMINUM CO** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **230 Sheffield St** | ☐ Disputed | |
| | **Mountainside, NJ 07092-2303** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,730.00 |
|---|---|---|---|
| | **American Express credit cards** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 53800** | ☐ Disputed | |
| | **Phoenix, AZ 85072-3800** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310,299.68 |
|---|---|---|---|
| | **American Express Merchant Financing** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **200 Vesey St** | ☐ Disputed | |
| | **New York, NY 10285-1000** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,559.00 |
|---|---|---|---|
| | **AMERICAN STRIP STEEL** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO BOX 824145** | ☐ Disputed | |
| | **Philadelphia, PA 19182** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,419.00 |
|---|---|---|---|
| | **APPALACHIAN CAST PRODUCTS** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **26372 Hillman Hwy** | ☐ Disputed | |
| | **Abingdon, VA 24210-7618** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,695.00 |
|---|---|---|---|
| | **ARCHITECTURAL LIGHTING ALLIANCE** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **101 Turtle Creek Blvd** | ☐ Disputed | |
| | **Dallas, TX 75207-6807** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,267.00 |
|---|---|---|---|

**ARROW ELECTRONICS, INC**

PO BOX 350090
Boston, MA 02241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.00 |
|---|---|---|---|

**BERNEL, INC**

1619 3rd Ave
New York, NY 10128-3459

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,181.00 |
|---|---|---|---|

**BORO-WIDE RECYCLING**

3 Railroad Pl
Maspeth, NY 11378-2111

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.20 |
|---|---|---|---|

**BRIGHT FOCUS SALES**

2310 Superior Ave E Ste 210
Cleveland, OH 44114-4245

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.00 |
|---|---|---|---|

**BRIGHT VIEW TECHNOLOGY**

4022 Stirrup Creek Dr
Durham, NC 27703-9411

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|---|

**BUSINESS PLANS, INC**

432 E Pearl St
Miamisburg, OH 45342-2354

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
|---|---|---|---|

**CABLE COMPONENTS**

PO BOX 678
Waukesha, WI 53187

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,699.00** |
|---|---|---|---|
| | **CAL LIGHTING** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **4000 Executive Pkwy Ste 350** | ☐ Disputed | |
| | **San Ramon, CA 94583-4313** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$849.00** |
|---|---|---|---|
| | **CANGRO INDUSTRIES** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **495 Smith St** | ☐ Disputed | |
| | **Farmingdale, NY 11735-1106** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,957.00** |
|---|---|---|---|
| | **CARDINAL SYSTEMS, INC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **250 ROUTE 61 S** | ☐ Disputed | |
| | **Schuylkill Haven, PA 17972** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,927.00** |
|---|---|---|---|
| | **CHARLES RICHTER CORP** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **80 Cottage St** | ☐ Disputed | |
| | **Wallkill, NY 12589-3128** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$803.65** |
|---|---|---|---|
| | **CIT** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **21146 Network Pl** | ☐ Disputed | |
| | **Chicago, IL 60673-1211** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,914.00** |
|---|---|---|---|
| | **COMPONENT DISTRIBUTORS** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO BOX 13017** | ☐ Disputed | |
| | **Denver, CO 80201** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Corporation Counsel, City of NY** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | **100 Church St** | ■ Disputed | |
| | **New York, NY 10007-2601** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.26**

Nonpriority creditor's name and mailing address
**CSA GROUP**

PO BOX 74008295
Chicago, IL 60674

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,962.00**

---

**3.27**

Nonpriority creditor's name and mailing address
**CURTIS STOUT**

2400 Cantrell Rd Ste 100
Little Rock, AR 72202-2133

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.28**

Nonpriority creditor's name and mailing address
**DAYLIGHT TRANSPORTATION`**

PO BOX 93155
Long Beach, CA 90809

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,027.00**

---

**3.29**

Nonpriority creditor's name and mailing address
**DEAVER INDUSTRIES**

3120 Morgan Rd
Bessemer, AL 35022-6454

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,923.00**

---

**3.30**

Nonpriority creditor's name and mailing address
**DGI SUPPLY**

4830 Solutions Ctr
Chicago, IL 60677-4008

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$407.00**

---

**3.31**

Nonpriority creditor's name and mailing address
**DIGI-KEY CORP.**

PO BOX 250
Thief River Falls, MN 56701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$813.00**

---

**3.32**

Nonpriority creditor's name and mailing address
**DIVERSIFIED**

1 Ivybrook Blvd Ste 100
Warminster, PA 18974-1772

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,144.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.00 |
|---|---|---|---|

**DIVERSIFIED NEW JERSEY**

55 LANE Rd Ste 360
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,632.00 |
|---|---|---|---|

**EGI ASSOCIATES**

417 Minuet Ln Ste A
Charlotte, NC 28217-2702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,072.00 |
|---|---|---|---|

**ELECTRIC LIGHTING AGENCIES**

326 E 25th St
New York, NY 10010-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Elite Lighting**

1530 Church Rd
Montebello, CA 90640-6502

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Downpayment for postential purchase**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---|---|---|---|

**EMERGENCY RESPONSE TECH'S**

PO BOX 2175
Great Neck, NY 11022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,097.00 |
|---|---|---|---|

**ENTERPRISE LIGHTING SALES**

20 W 36th St
New York, NY 10018-8005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,950.00 |
|---|---|---|---|

**EPLUS TECHNOLOGY**

PO BOX 404398
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,832.00**

**EQUITABLE STEEL CORP**

4044 Park Ave
Bronx, NY 10457-7330

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,996.00**

**ERG LIGHTING**

2601 Wayne St
Endicott, NY 13760-3272

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,013.00**

**ERLIN STEEL**

857 N Richmond Ave
Lindenhurst, NY 11757-3008

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**ERP LED, LLC**

893 Patriot Dr Ste E
Moorpark, CA 93021-3357

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,150.00**

**ESQUIRE WIRE, INC**

2624 Madison St
Clarksville, TN 37043-5498

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,713.00**

**ETC, INC**

PO BOX 628308
Middleton, WI 53562

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,367.00**

**EUTRAC CORPORATION**

PO BOX 1080
Highland, NY 12528

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,730.00 |
|---|---|---|---|

**Everest Funding**

8200 NW 52nd Ter Fl 2
Doral, FL 33166-7852

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,544.92 |
|---|---|---|---|

**FEDERAL EXPRESS**

PO BOX 371461
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,544.00 |
|---|---|---|---|

**FEDERAL EXPRESS**

PO BOX 371461
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.00 |
|---|---|---|---|

**FEDEX FREIGHT**

PO BOX 223125
Pittsburgh, PA 15251

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $938.00 |
|---|---|---|---|

**FIRST UNUM LIFE INSURANCE**

PO BOX 406927
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,144.00 |
|---|---|---|---|

**FIXTUREWORKS**

33792 Doreka
Fraser, MI 48026-3430

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,395.00 |
|---|---|---|---|

**FOREMOST MFG.**

941 Ball Ave
Union, NJ 07083-8729

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,522.00 |
|---|---|---|---|

**FUTURE ELECTRONICS**

3255 Paysphere Cir
Chicago, IL 60674-0032

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.00 |
|---|---|---|---|

**GARVIN INDUSTRIES**

3700 Sandra St
Franklin Park, IL 60131-1114

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**GENERAL GALVANIZING**

652 Whittier St
Bronx, NY 10474-6121

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|

**GENERAL SECURITY**

100 Fairchild Ave
Plainview, NY 11803-1710

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,261.00 |
|---|---|---|---|

**Georgia Dept. of Revenue**

PO Box 105685
Atlanta, GA 30348-5685

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.00 |
|---|---|---|---|

**GLOBAL SOURCING**

150 E 52nd St
New York, NY 10022-6017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,351.00 |
|---|---|---|---|

**GRAYBAR ELECTRIC**

PO BOX 414396
Boston, MA 02108

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427.00**

GRIPLOCK SYSTEMS

☐ Contingent
☐ Unliquidated
☐ Disputed

1029 CINDY LN
Carpinteria, CA 93013

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,646.00**

HADCO METAL TRADING

☐ Contingent
☐ Unliquidated
☐ Disputed

555 State Rd
Bensalem, PA 19020-7704

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,646.00**

Hartin Paint

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 116
Carlstadt, NJ 07072

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,506.00**

HATCH TRANSFORMERS. INC

☐ Contingent
☐ Unliquidated
☐ Disputed

7021 WOODLAND CENTER BLVD
Tampa, FL 33601

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,912.00**

HYGRADE

☐ Contingent
☐ Unliquidated
☐ Disputed

30 Warsoff Pl
Brooklyn, NY 11205-1638

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,160.00**

IDAH0 LIGHTING SOLUTIONS

☐ Contingent
☐ Unliquidated
☐ Disputed

216 SW 5th Ave Ste 110
Meridian, ID 83642

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

INDUSTRIAL RIVET & FASTENER

☐ Contingent
☐ Unliquidated
☐ Disputed

200 Paris Ave
Northvale, NJ 07647-2205

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Internal Revenue Service**

**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Payroll Taxes owed**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,406,398.97**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**IOTA ENGINEERING**

**PO BOX 100863**
**Atlanta, GA 30384**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$502.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**IOTA ENGINEERING**

**PO BOX 100863**
**Atlanta, GA 30384**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$502.92**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**JACQUESLUX**

**24 W 268 HEMLOCK Ln**
**Naperville, IL 60540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,160.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**KING LIGHTING**

**26 Spiral Dr**
**Florence, KY 41042-1300**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,160.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Knight Funding**

**110 SE 6th St**
**Fort Lauderdale, FL 33301-5000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$194,232.90**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**LEED HIMMEL INDUSTRIES**

**75 Leeder Hill Dr # D**
**Hamden, CT 06517-2731**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$19,754.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,419.00**

**LEGACY LIGHTING**

PO BOX 160638
Austin, TX 78716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00**

**LEGAL SHIELD**

PO BOX 2629
Ada, OK 74821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

**LEVITON MANUFACTURING**

PO BOX 416484
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,546.00**

**LIGHT SOURCE OF INDIANA**

8719 Castle Park Dr
Indianapolis, IN 46256-1272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$655.00**

**LIGHTING & ELECTRICAL ASSOCS**

225 Ship Dr
Baton Rouge, LA 70806-4627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,788.00**

**LIGHTING AFFILIATES**

1200 Cromwell Ave
Rocky Hill, CT 06067-3409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,065.00**

**LIGHTING DYNAMICS**

7835 W Commercial Blvd
Tamarac, FL 33351-4353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,050.00 |
|---|---|---|---|

**LIGHTING ENVIRONMENTS**

553 Rest Ave
Catonsville, MD 21228-4740

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,072.00 |
|---|---|---|---|

**LIGHTING SOLUTIONS**

1250 SW STATE St Ste D
Ankeny, IA 50021

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,272.00 |
|---|---|---|---|

**LIGHTING SOLUTIONS, INC**

PO BOX 430034
Birmingham, AL 35243

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.00 |
|---|---|---|---|

**LIGHTRIX**

PO Box 29170
Portland, OR 97086

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**LINDENMEYR MUNROE**

PO BOX 416297
Boston, MA 02241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,292.00 |
|---|---|---|---|

**LOVELL SAFETY**

110 William St Fl 12
New York, NY 10038-3935

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,851.00 |
|---|---|---|---|

**LUMA SALES**

5200 12th Ave E
Shakopee, MN 55379-1948

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,232.00 |
|---|---|---|---|
| | **LUTRON ELECTRONICS CO** | ☐ Contingent | |
| | PO BOX 643782 | ☐ Unliquidated | |
| | Pittsburgh, PA 15264 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,763.00 |
|---|---|---|---|
| | **MANUFACTURERS CORRUGATED** | ☐ Contingent | |
| | 58-20 57th St | ☐ Unliquidated | |
| | Maspeth, NY 11378 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,795.00 |
|---|---|---|---|
| | **MCMASTER-CARR** | ☐ Contingent | |
| | PO BOX 7690 | ☐ Unliquidated | |
| | Chicago, IL 60680 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,827.49 |
|---|---|---|---|
| | **MERCER ZIMMERMAN** | ☐ Contingent | |
| | 8981 Bond St | ☐ Unliquidated | |
| | Overland Park, KS 66214-1745 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,687.00 |
|---|---|---|---|
| | **METALMASTERS** | ☐ Contingent | |
| | 2090 5th Ave | ☐ Unliquidated | |
| | Ronkonkoma, NY 11779-6958 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|
| | **MINOLTA BUSINESS** | ☐ Contingent | |
| | PO BOX 642333 | ☐ Unliquidated | |
| | Pittsburgh, PA 15264 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|
| | **MINOLTA BUSINESS** | ☐ Contingent | |
| | PO BOX 642333 | ☐ Unliquidated | |
| | Pittsburgh, PA 15264 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**MONTANA MANUFACTURERS REPS**

5429 Summer Stone Ave
Billings, MT 59106-1238

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,936.00 |
|---|---|---|---|

**MOUSER ELECTRONICS**

PO Box 99319
Fort Worth, TX 76199-0319

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.00 |
|---|---|---|---|

**MSC INDUSTRIAL**

PO BOX 953635
Saint Louis, MO 63101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,198.00 |
|---|---|---|---|

**NEW PENN MOTOR EXPRESS**

24801 Network Pl
Chicago, IL 60673-1248

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,710.00 |
|---|---|---|---|

New York State Insurance Fund

PO Box 66699
Albany, NY 12206-6699

Date(s) debt was incurred __

Last 4 digits of account number  8261

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,850.00 |
|---|---|---|---|

**NMB TECHNOLOGIES CORP**

39830 Grand River Ave
Novi, MI 48375-2140

Date(s) debt was incurred __

Last 4 digits of account number  5273

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.00 |
|---|---|---|---|

**NORDIC ALUMINUM**

1075 Old Norcross Rd
Lawrenceville, GA 30046-3302

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.103** | Nonpriority creditor's name and mailing address

**NORDSON CORPORATION**

**PO BOX 802586**
**Chicago, IL 60680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,676.00**

---

**3.104** | Nonpriority creditor's name and mailing address

**NYC Water Board**

**P.O. Box 11863**
**Newark, NJ 07101-8163**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**unknown**

---

**3.105** | Nonpriority creditor's name and mailing address

**NYS Dept of Labor**

**215 W 125th St Fl 6**
**New York, NY 10027-4471**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$56,250.00**

---

**3.106** | Nonpriority creditor's name and mailing address

**NYS Dept of Tax and Finance**

**Bankruptcy Section**
**Albany, NY 12205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Tax Debt__

Is the claim subject to offset? ☐ No  ☐ Yes

**$64,000.00**

---

**3.107** | Nonpriority creditor's name and mailing address

**NYS Dept of Taxation**

**950 Evergreen Ave**
**Bronx, NY 10473-4507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Unemployment Tax__

Is the claim subject to offset? ☐ No  ☐ Yes

**$9,185.00**

---

**3.108** | Nonpriority creditor's name and mailing address

**NYS Dept of Taxation**

**W A Harriman Campus Bldg 9**
**Albany, NY 12201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**unknown**

---

**3.109** | Nonpriority creditor's name and mailing address

**OAKWOOD PACKAGING CO**

**937 KINDERKAMACK Rd**
**River Edge, NJ 07661**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,170.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

**3.110** Nonpriority creditor's name and mailing address
**OMNILITE**

PO BOX 949
Burlington, MA 01803

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address
**ONE SOURCE LIGHTING & DESIGN**

609 Brown St
Vine Grove, KY 40175-1122

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,697.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address
**OSRAM SYLVANIA**

PO BOX 2114
Carol Stream, IL 60132

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,610.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address
**PACIFIC LIGHTING SYSTEMS**

6004 S 190th St # 203
Kent, WA 98032-2130

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$4,280.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address
**PAYPRO CORPORATION**

210 Marcus Blvd
Hauppauge, NY 11788-3701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address
**PENDANT SYSTEMS**

PO Box 371
Bensalem, PA 19020-0371

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address
**PETRO HEATING OIL**

14 53rd St Ste 418
Brooklyn, NY 11232-2608

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$12,131.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.117** Nonpriority creditor's name and mailing address
**PG ENLIGHTEN**

500 Quail Ridge Dr
Westmont, IL 60559-6154

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$857.00**

---

**3.118** Nonpriority creditor's name and mailing address
**PREMIER LIGHTING & CONTROL**

539 Clemson Rd Ste A
Columbia, SC 29229-4307

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.119** Nonpriority creditor's name and mailing address
**PRO-TECH LIGHTING**

1695 E Maple Rd
Troy, MI 48083-4208

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,784.00**

---

**3.120** Nonpriority creditor's name and mailing address
**PUTTERMAN SCHARCK**

10855 Tanner Rd
Houston, TX 77041-7103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,951.00**

---

**3.121** Nonpriority creditor's name and mailing address
**Q-TRAN INC**

14 53rd St Ste 418
Brooklyn, NY 11232-2608

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,441.50**

---

**3.122** Nonpriority creditor's name and mailing address
**QUALITY LIGHTING SOLUTIONS**

5725 Oleander Dr Ste D1
Wilmington, NC 28403-4746

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$377.00**

---

**3.123** Nonpriority creditor's name and mailing address
**QUALITY LIGHTING SYSTEMS**

250 Commerce Blvd
Liverpool, NY 13088-4509

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$448.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|--------|---------------------------|------------------------|---------------|
|        | Name                      |                        |               |

---

**3.124** | Nonpriority creditor's name and mailing address
**QUANTUM LIGHTING GROUP**

4074 S 300 W
Salt Lake City, UT 84107-1411

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,142.00**

---

**3.125** | Nonpriority creditor's name and mailing address
**QUILL**

PO BOX 37600
Philadelphia, PA 19101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$111.76**

---

**3.126** | Nonpriority creditor's name and mailing address
**R.C. LURIE COMPANY**

1122 N 7th St
Phoenix, AZ 85006-2781

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,587.35**

---

**3.127** | Nonpriority creditor's name and mailing address
**RAPID MEDICAL**

3316 Broadway
Astoria, NY 11106-1806

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$773.00**

---

**3.128** | Nonpriority creditor's name and mailing address
**RELIABLE SPRING**

PO BOX 1952
Bristol, CT 06011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,132.00**

---

**3.129** | Nonpriority creditor's name and mailing address
**Reliant Funding**

9540 Towne Centre Dr Ste 200
San Diego, CA 92121-1996

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$198,647.70**

---

**3.130** | Nonpriority creditor's name and mailing address
**RISE & SHINE LIGHTING**

3330 W Hacienda Ave Ste 406
Las Vegas, NV 89118-1719

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,065.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address

**SAFEGUARD BUSINESS**

PO BOX 88043
Chicago, IL 60680

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,080.00**

---

**3.132** | Nonpriority creditor's name and mailing address

**SAFETY FIRE SPRINKLERS**

1070 38th St
Brooklyn, NY 11219-1011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,435.00**

---

**3.133** | Nonpriority creditor's name and mailing address

**SAN DIEGO LIGHTING ASSOCS**

5625 Ruffin Rd Ste 100
San Diego, CA 92123-6392

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$221.00**

---

**3.134** | Nonpriority creditor's name and mailing address

**SCHWEITZER & CROSSON**

460 Caredean Dr
Horsham, PA 19044-1315

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,930.00**

---

**3.135** | Nonpriority creditor's name and mailing address

**SENSATA TECHNOLOGIES**

PO BOX 100139
Atlanta, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,930.00**

---

**3.136** | Nonpriority creditor's name and mailing address

**SHERWIN WILLIAMS**

6 Curie Ave
Wallington, NJ 07057-2233

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,802.00**

---

**3.137** | Nonpriority creditor's name and mailing address

**SOUTHERN LIGHTING SOURCE**

800 Battery Ave SE Ste 410
Atlanta, GA 30339-5108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,198.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

**3.138** Nonpriority creditor's name and mailing address
**SOUTHINGTON TOOL & MFG.**

PO BOX 595
Southington, CT 06489

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,016.00**

---

**3.139** Nonpriority creditor's name and mailing address
**SPECIFIED LIGHTING SALES**

4700 140th Ave N Ste 101
Clearwater Beach, FL 33762-3847

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$36,406.00**

---

**3.140** Nonpriority creditor's name and mailing address
**SPECTRUM LIGHTING**

N8W22520 JOHNSON Dr Unit E
Waukesha, WI 53186

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$872.00**

---

**3.141** Nonpriority creditor's name and mailing address
**STANDARD PEST MANAGEMENT**

2580 Steinway St
Long Island City, NY 11103-3773

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$288.00**

---

**3.142** Nonpriority creditor's name and mailing address
**STRATUS TECHNOLOGIES**

10 Beaumont Rd
Wallingford, CT 06492-2455

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$368.00**

---

**3.143** Nonpriority creditor's name and mailing address
**SUNBURST DESIGNS**

PO BOX 31209
Honolulu, HI 96820

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,429.00**

---

**3.144** Nonpriority creditor's name and mailing address
**SUPPLYONE NEW YORK**

PO BOX 828995
Philadelphia, PA 19182

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,996.00**

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|--------|---------------------------|------------------------|---------------|
|        | Name |  |  |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,995.00**

**SWIFT GLASS COMPANY**

131 22nd St
Elmira, NY 14903-1329

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**TE CONNECTIVITY CORP**

24627 Network Pl
Chicago, IL 60673-1246

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.00**

**THE LIGHTING AGENCY**

PO BOX 11246
Denver, CO 80211

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00**

**THOMAS RESEARCH**

701 Brooks Ave S
Thief River Falls, MN 56701-2757

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,232.00**

**TOTAL LIGHTING CONCEPTS**

733 E San Bernardino Rd
Covina, CA 91723-1415

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**TRI-STATE ALUMINUM**

PO Box 150473
Belle Mead, NJ 08502

Date(s) debt was incurred __

Last 4 digits of account number  **1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,743.00**

**U-LINE**

PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.152**

**Nonpriority creditor's name and mailing address**

**UL VERIFICATION SERVICES**

**62045 COLLECTIONS CENTER DR**
**Chicago, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,860.00**

---

**3.153**

**Nonpriority creditor's name and mailing address**

**UNDERWRITERS LABS**

**75 Remittance Dr Dept 1524**
**Chicago, IL 60675-1524**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$11,025.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**

**UNEEDA BOLT & SCREW**

**10 Capital Dr**
**Moonachie, NJ 07074-1407**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$321.00**

---

**3.155**

**Nonpriority creditor's name and mailing address**

**United Development Venture, LLC**

**1125-15 Northern Blvd # 2**
**Corona, NY 11368**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Landlord for Premises, 41-10 22nd St.__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,044,287.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL LTG TECHNOLOGIES**

**PO Box 71209**
**Charlotte, NC 28201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$14,759.00**

---

**3.157**

**Nonpriority creditor's name and mailing address**

**VARIFLEX CORPORATION**

**512 W Court St**
**Rome, NY 13440-4010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,091.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**

**VISIBLE LIGHT INC**

**24 Stickney Ter Ste 6**
**Hampton, NH 03842-4902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$566.00**

---

| Debtor | Edison Price Lighting Inc. | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00**

**WAGEWORKS**

PO BOX 8363
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.00**

**WATERLOGIC USA**

PO BOX 676002
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00**

**WCA SERVICES`**

PO BOX 496
Island Heights, NJ 08732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00**

**WILGER LIAISON CO**

5654 Sarah Ave
Sarasota, FL 34233-3444

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,277.00**

**WILLIAMSBURG METAL SPINNIJNG**

PO BOX 70279
Staten Island, NY 10307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,277.00**

**WILSON TOOL**
CM# 9676
PO BOX 70870
Saint Paul, MN 55101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,157.00**

**XICATO, INC**

101 Daggett Dr
San Jose, CA 95134-2110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Edison Price Lighting Inc.** | Case number (if known) | **7:20-bk-22614** |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,204.00** |
|---|---|---|---|

**YRC FREIGHT**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 13573**
**Newark, NJ 07188**

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gaynor Page LLP**<br>**11620 Wilshire Blvd Fl 9**<br>**Los Angeles, CA 90025-6820** | Line **3.36**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **United States Attorney's Office**<br>**300 Quarropas St Ofc**<br>**White Plains, NY 10601-4140** | Line **3.68**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,820,519.11 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,820,519.11 |

**Fill in this information to identify the case:**

Debtor name    **Edison Price Lighting Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    **7:20-bk-22614**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **$463 per month-terminates in 4 years** | |
| State the term remaining | |
| List the contract number of any government contract | **CIT Bank** **PO Box 55059** **Jacksonville, FL 32099** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **$1,221 per month-terminates in 2.5 years** | |
| State the term remaining | |
| List the contract number of any government contract | **CNC Leasing #2** **2900 Challenger Pl** **Oxnard, CA 93030-7288** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **capitalized lease** | |
| State the term remaining | |
| List the contract number of any government contract | **DDI Capital** **221 Sommer3ville Rd** **Bedminster, NJ 07921** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **$1,339 per month-terminates in 4 years** | |
| State the term remaining | |
| List the contract number of any government contract | **Key Equipment** **PO Box 20391** **Houston, TX 77225** |

| Debtor 1 | Edison Price Lighting Inc. | | | Case number (if known) | 7:20-bk-22614 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Terminates Oct. 2020-$1,568 per month** | |
|---|---|---|---|
| | State the term remaining | | **Sterling** |
| | List the contract number of any government contract | | **400 Rella Blvd** **Montebello, NY 10901-4241** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **$924 per month-terminates May 2021** | |
|---|---|---|---|
| | State the term remaining | | **TIAA Bank** |
| | List the contract number of any government contract | | **PO Box 911608** **Denver, CO 80291-1608** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **$739 per month-terminates in 2.5 years** | |
|---|---|---|---|
| | State the term remaining | | **TIAA Bank #2** |
| | List the contract number of any government contract | | **PO Box 911608** **Denver, CO 80291** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **$1,214 per month-terminates May 2021** | |
|---|---|---|---|
| | State the term remaining | | **TIAA#2** |
| | List the contract number of any government contract | | **PO Box 911608** **Denver, CO 80291-1608** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Space entered into August 1, 1994** | |
|---|---|---|---|
| | State the term remaining | | **United Development Venture, LLC** |
| | List the contract number of any government contract | | **1125-15 Northern Blvd # 2** **Corona, NY 11368** |

**Fill in this information to identify the case:**

Debtor name    **Edison Price Lighting Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    **7:20-bk-22614**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Emma Price** | **3612 36th Ave**<br>**Astoria, NY 11106-1334** | **Citibank, N.A.** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |