**Fill in this information to identify the case:**

Debtor name: **Edison Price Lighting Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known): **7:20-bk-22614**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $ **5,116,492.75**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................... $ **5,116,492.75**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **3,667,154.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **4,820,519.11**

4. **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b    $ **8,487,673.11**