| EDISON PRICE LIGHTING INC.-Revised budget 06/12/2020 | Cash Flow | | | | | |
|---|---|---|---|---|---|---|
| 20-22614 | | | | | | |
| Week or Period Ending | | 6/12/2020 | 6/19/2020 | 6/26/2020 | 7/3/2020 | 7/10/2020 |
| Income/cash on hand | | | | | | |
| Cash on Hand bank accounts | | $ 356,409.00 | | | | |
| Receipts-Expected 37 days after shipping | | $ - | | | | |
| Collections on Receivables | | | $ - | $ 35,000.00 | $ 5,000.00 | $ 5,000.00 |
| Total Cash Available | | $ 356,409.00 | $ 323,992.62 | $ 308,820.14 | $ 258,183.66 | $ 202,547.18 |
| Expenses | | | | | | |
| Component Costs for new manufacturing* | | | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Shipping-Ave. 3% of reeipts-COD | | $ 3,000.00 | $ 4,500.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| Insurance-liability | | | | | | |
| Wages-hourly or per diem as needed | | $ 9,559.11 | $ 9,559.11 | $ 9,559.11 | $ 9,559.11 | $ 9,559.11 |
| Wages when factory reopens | | | $ 5,766.00 | $ 5,766.00 | $ 5,766.00 | $ 5,766.00 |
| New Bookkeeper | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Employer portion of Taxes | | $ 731.27 | $ 1,172.37 | $ 1,172.37 | $ 1,172.37 | $ 1,172.37 |
| Commisions on sales-10% | | | | | | $ 10,000.00 |
| Utilities, Phone and Internet | | $ 4,451.00 | | | | $ 7,451.00 |
| US Trustee Quarterly Fees-est-$150,000-$224,999 | | | | | $1,625 | |
| Administrative | | $ 5,175.00 | $ 10,175.00 | $ 5,175.00 | $ 5,175.00 | $ 5,175.00 |
| Miscellaneous-Cleaning, maintenance and office expenses | | $ 7,500.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Lease Costs Machinery | | | | | $ 7,339.00 | |
| Lease for Space | | | | | | $ 114,000.00 |
| Citibank-Adequate Assurance | | | | | | $ 17,767.00 |
| Total Expenses | | $ 32,416.38 | $ 50,172.48 | $ 46,672.48 | $ 55,636.48 | $ 178,123.48 |
| Net Cash Flow | | $ (32,416.38) | $ (50,172.48) | $ (11,672.48) | $ (50,636.48) | $ (173,123.48) |

* New Component Costs will be tied to specific contracts and are averaged here. All other components will come out of exisitng inventory.

The Debtor has a backlog of orders of approximately $4 millon

| Wages-Executives/Sales | | | | | | |
|---|---|---|---|---|---|---|
| Joel Siegel, EVP-10 hours a week | | $ 1,605.21 | $ 1,605.21 | $ 1,605.21 | $ 1,605.21 | $ 1,605.21 |
| Michael Gatto, Technical Sales | | $ 1,289.00 | $ 1,289.00 | $ 1,289.00 | $ 1,289.00 | $ 1,289.00 |
| Linda Leconte, Technical Sales | | $ 824.00 | $ 824.00 | $ 824.00 | $ 824.00 | $ 824.00 |
| Adnan Khan, network and website maintenance | | $ 919.40 | $ 919.40 | $ 919.40 | $ 919.40 | $ 919.40 |
| Rick Shaver, lighting design advice to customers | | $ 1,344.50 | $ 1,344.50 | $ 1,344.50 | $ 1,344.50 | $ 1,344.50 |
| Verna Grant-payroll clerk | | $ 212.00 | $ 212.00 | $ 212.00 | $ 212.00 | $ 212.00 |
| George Gloss, Manager | | $ 3,365.00 | $ 3,365.00 | $ 3,365.00 | $ 3,365.00 | $ 3,365.00 |
| | total | $ 9,559.11 | $ 9,559.11 | $ 9,559.11 | $ 9,559.11 | $ 9,559.11 |
| Wages Labor and shipping | | | | | | |
| Bozena Kowalski, foreman | | | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Laborers ave. $16 per hour | | | $ 3,840.00 | $ 3,840.00 | $ 3,840.00 | $ 3,840.00 |
| Eugene Whitaker, Shipping & Rec. | | | $ 926.00 | $ 926.00 | $ 926.00 | $ 926.00 |
| | total | | $ 5,766.00 | $ 5,766.00 | $ 5,766.00 | $ 5,766.00 |
| Company portion of payroll taxes-7.65% | | $ 731.27 | $ 1,172.37 | $ 1,172.37 | $ 1,172.37 | $ 1,172.37 |
| Lease payments-for machinery-Monthly | | | | | | |
| CIT | | $ 804.00 | | | | |
| Key Equipment | | $ 1,389.00 | | | | |
| TMCC Leasing | | $ 600.00 | | | | |
| Sterling Leasing | | $ 1,568.00 | | | | |
| TIAA Leasing | | $ 2,978.00 | | | | |
| | | $ 7,339.00 | | | | |
| Utilities-Monthly | | | | | | |
| Wilger Testing Labs | | $ 990.00 | $ 990.00 | | | |
| VOIP Telephone Charges; 8X8 | | $ 1,494.00 | $ 1,494.00 | | | |
| Verizon | | $ 467.00 | $ 467.00 | | | |
| Internet | | $ 500.00 | $ 500.00 | | | |
| Con Edison (increase when operating) | | $ 1,000.00 | $ 4,000.00 | | | |
| | | $ 4,451.00 | $ 7,451.00 | | | |
| New Temp Bookkeeper | | $2,000 | | | | |
| Administrative Costs | | | | | | |
| Financial Consultant-15 hours a week | | $ 5,175.00 | $ 5,175.00 | | | |
| Business Broker-$5,000 first month; $2,500 thereafter | | $ 5,000.00 | $ 2,500.00 | | | |
| | total | $ 10,175.00 | $ 7,675.00 | | | |
| Legal-TBD | | | | | | |
| Accounting-TBD | | | | | | |